**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Daniel J. Lowros** | Social Security number or ITIN  **xxx–xx–5500** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA** | | |
| Case number:  **17–10838–TPA** | | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Daniel J. Lowros

<u>12/13/17</u>

**By the court:**  <u>Thomas P. Agresti</u>
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318    **Order of Discharge**    page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 17-10838-TPA
Daniel J. Lowros                                                    Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1            User: admin              Page 1 of 1              Date Rcvd: Dec 13, 2017
                                Form ID: 318             Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 15, 2017.
db              +Daniel J. Lowros,    323 E. Elm St.,    Titusville, PA 16354-1927
14675714        +Armstrong,    437 N. Main St.,    Butler, PA 16001-4358
14675720        +Northwest Bank,    100 Liberty St.,    Warren, PA 16365-2497
14675721        +Northwest Bank,    P O Box 788,    100 Liberty St.,    Warren, PA 16365-2497
14675722        +Northwest Consumer Discount Co.,    P O Box 142,    Titusville, PA 16354-0142
14675723         RBC Citizens Bank,    P O Box 7092,    Bridgeport, CT 06601-7092
14675724        +RBS Citizens NA,    1000 Lafayette Blvd,    Bridgeport, CT 06604-4725
14675726        +Select Portfolio Servicing,    10401 Deerwood Park BV,    Jacksonville, FL 32256-5007

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr              +E-mail/Text: jmelaragno@iq7technology.com Dec 14 2017 02:01:54     John C. Melaragno, Trustee,
                 502 West 7th Street.,    Erie, PA 16502-1333
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 14 2017 02:00:27     Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
14675715        +EDI: CAPITALONE.COM Dec 14 2017 01:53:00     Capital One Bank,    P O Box 30281,
                 Salt Lake City, UT 84130-0281
14675716        +E-mail/Text: adminservices@cityoftitusvillepa.gov Dec 14 2017 02:01:27     City of Titusville,
                 107 N. Franklin St.,    Titusville, PA 16354-1734
14675717        +E-mail/Text: bankruptcy.notices@hdfsi.com Dec 14 2017 02:01:37     Harley Davidson Credit,
                 3850 Arrowhead Drive,    Carson City, NV 89706-2016
14675718         E-mail/Text: bankruptcy.notices@hdfsi.com Dec 14 2017 02:01:37     Harley Davidson Credit Corp,
                 Attn: Rider Services,    P O Box 22048,    Carson City, NV 89721-2048
14675719        +E-mail/Text: mwetherbee@mmchs.org Dec 14 2017 02:01:26     Meadville Medical Center,
                 1034 Grove St.,    Meadville, PA 16335-2945
14675725         E-mail/Text: jennifer.chacon@spservicing.com Dec 14 2017 02:02:01
                 Select Portfolio Service Inc.,    P O Box 65250,    Attn Bankruptcy Dept.,
                 Salt Lake City, UT 84165-0250
14675727        +E-mail/Text: bankruptcydepartment@tsico.com Dec 14 2017 02:01:42     Transworld Systems,
                 P O Box 15273,    Wilmington, DE 19850-5273
14675728         EDI: USBANKARS.COM Dec 14 2017 01:53:00     US Bank,    CB Disputes,    P O Box 108,
                 Saint Louis, MO 63166
14675729         EDI: USBANKARS.COM Dec 14 2017 01:53:00     US Bank,    P O Box 6335,    Fargo, ND 58125-6335
                                                                                              TOTAL: 11

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Deutsche Bank National Trust Company, as Trustee,
                                                                                  TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2017                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2017 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in
               trust for the registered certificate holders of First Franklin Mortgage Loan Trust 2006-FF5,
               Mortgage Pass-Through Certificates, Series 2006-FF5 bkgroup@kmllawgroup.com
              John C. Melaragno, Trustee    johnm@mplegal.com,
               jmelaragno@IQ7technology.com;katie@mplegal.com;kbernsley@hotmail.com;john.mello21@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Tamera Ochs Rothschild    on behalf of Debtor Daniel J. Lowros trothschild@gmx.com
                                                                                              TOTAL: 4